# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

**A USPS Priority Mail parcel with tracking number 9505 5105 4054 3130 5865 13 addressed to "Mary White, 3292 Kangaroo Beach Rd, Baileys Harbor, WI 54202" and containing the return address "M. White, 3292 Kangaroo Beach Rd, Baileys Harbor, WI 54202"**

Case Number: 13 m 629



USDC EDWI
FILED IN GREEN BAY DIV
MAY 16 2013
AT _____ O'CLOCK _____ M
JON W. SANFILIPPO

TO: Any authorized officer of the United States:

## SEARCH AND SEIZURE WARRANT

**TO: Any authorized law enforcement officer**

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property in the Eastern District of Wisconsin

**A USPS Priority Mail parcel with tracking number 9505 5105 4054 3130 5865 13 addressed to "Mary White, 3292 Kangaroo Beach Rd, Baileys Harbor, WI 54202" and containing the return address "M. White, 3292 Kangaroo Beach Rd, Baileys Harbor, WI 54202"**

The person or property to be searched, described above, is believed to conceal: A quantity of a controlled substance, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance in violation of title 21 U.S.C. Sections 841(a)(1), 843(b), and 844(a).

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before 5-24, 2013
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge James R. Sickel.

Date and time issued May 14, 2013; 2:10 a.m./p.m.

*Judge's signature*

City and state: Green Bay, Wisconsin

THE HONORABLE JAMES R. SICKEL
United States Magistrate Judge
*Name & Title of Judicial Officer*

# RETURN

| Case No. | Date and time Warrant executed | Copy of warrant and inventory left with: |
|---|---|---|
| 13 M 629 | May 14, 2013 | USPS |

Inventory made in the presence of
Matt Schmitz, U.S. Postal Inspector

Inventory of person or property taken and name of any person(s) seized:

1 USPS Priority Mail Parcel 9505 5105 4054 3130 5865 13 containing:

Mother's Day greeting card and red metal box with various marijuana related products including:
Brownie (194 grams)
2 chocolate pieces (14 grams)
Baggie with green gel type substance similar to hash oil (88 grams)
Pill bottle with green plant like material (14 grams)

All of the items had a distinct odor of marijuana and visible green contents. The green plant like material field tested positive for THC, the active ingredient in marijuana, using the Duquenois Levine Reagent Test.

# CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/16/2013

_(Executing officer's signature)_

Derik M. Thrme, US Postal Inspector
_(Printed name and title)_

Subscribed, sworn to, and returned before me this date.

_(U.S. Judge or Magistrate Judge)_    5/16/13
_(Date)_